# United States Court of Appeals

## For the Eighth Circuit

_____

No. 15-2186

_____

Jenericah Kibe

*Petitioner*

v.

Loretta E. Lynch, The Attorney General of United States

*Respondent*

_____

Petition for Review of an Order of the
Board of Immigration Appeals

_____

Submitted: April 18, 2016
Filed: April 21, 2016
[Unpublished]

_____

Before GRUENDER, ARNOLD, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

After an immigration judge denied Kenyan citizen Jenericah Mugure Kibe asylum, withholding of removal, adjustment of status, and other asylum relief, she moved to reopen the proceedings in order to apply for adjustment of status based on a third alien-relative visa petition filed by her United States citizen husband. The immigration judge denied the motion, the Board of Immigration Appeals (BIA)

dismissed Ms. Kibe's ensuing appeal, and Ms. Kibe now petitions for review of the BIA's order.  After careful review, we conclude that the BIA acted within its discretion in dismissing the appeal.  See Martinez v Lynch, 785 F.3d 1262, 1264-65 (8th Cir. 2015) (standard of review); Miah v. Mukasey, 519 F.3d 784, 789-90 (8th Cir. 2008) (BIA did not abuse discretion in denying motion to reopen based on, inter alia, insufficient evidence of bona fides of alien's marriage and timing of marriage).

Accordingly, we deny the petition.

_____